IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA as Broadcast Licensee of the September 2, 2021 Bolivia v. Colombia Soccer Match,<br><br>    Plaintiff,<br><br>v.<br><br>GALINDO & LONDONO LLC, individually, and d/b/a PLAZA COLOMBIAN COFFEE; and LUIS GALINDO, individually, and d/b/a PLAZA COLOMBIAN COFFEE,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § | 1:23-CV-423-RP |

## ORDER

On September 5, 2024, the parties filed an agreed motion to dismiss with prejudice stating that they have resolved their dispute. (Dkt. 21). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE